MORRIS RUBENS et al., Appellants, *v.* THE LUDGATE HILL STEAMSHIP COMPANY (Limited), Respondent.

(Argued June 6, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday in November, 1892, which sustained exceptions taken by defendant on the trial and granted a new trial.

*Wales F. Severance* for appellants.

*J. Parker Kirling* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

CHARLES E. PEABODY et al., Appellants, *v.* CHARLES A. BOUT-WELL, Respondent.

(Argued June 6, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 13, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*G. B. Wellington* for appellants.

*Frank S. Black* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.